THIS ORDER IS APPROVED.

Dated: July 07, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14797

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Robert Tanner Acken <br>         Debtor. <br>_____<br> PNC Mortgage, a division of PNC Bank N.A. <br>         Movant, <br>   vs. <br><br> Robert Tanner Acken, Debtor, Stanley J. Kartchner, Trustee. <br><br>         Respondents. | No. 4:10-bk-16676-JMM <br><br> Chapter 7 <br><br> ORDER <br><br> (Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 12, 2003 and recorded in the office of the Pima County Recorder wherein PNC Mortgage, a division of PNC Bank N.A. is the current beneficiary and Robert Tanner Acken has an interest in, further described as:

> THE EAST 50 FEET OF LOT 3, BLOCK 6, OF MIRACLE MILE MANOR, BEING A RESUBDIVISION OF BLOCK "A" OF MIRACLE MILE ADDITION, TO THE CITY OF TUCSON, PER MAP RECORDED IN BOOK 8, PAGE 11, OF MAPS AND PLATS, IN THE OFFICE OF THE PIMA COUNTY RECORDER, PIMA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.